UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSEPH CARTER          :

              :

     Plaintiff(s)     **JUDGMENT**

 (vs)            :

              Civil #08-00130 (RBK)

BAYSIDE STATE PRISON, ET AL.   :

              :

     Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on October 27, 2009, and no timely objection having been filed,

  IT IS, on this 27 day of January, 2010

  ORDERED that the report of Hon. John W. Bissell dated October 27, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Joseph Carter**.

                  _____
                  HON. ROBERT B. KUGLER, U.S.D.J.